**Exhibit A to the Complaint**

**Location:** Liverpool, NY  
**Total Works Infringed:** 28  
**IP Address:** 72.90.80.107  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E6375CCE5D614A14D52266108648FDD439EF90C1<br>File Hash:<br>04A01FB78E1EEAE568DB1F3BA71B061742B14F237F73ACCFEDAFDC73538B4960 | 12/01/2024<br>19:59:26 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 2 | Info Hash: C38FD1DECD0D848D81B4E3B25406C20C3ECB28C9<br>File Hash:<br>A4A62042C44C09C56F3664AF5E61A820B55A503E9020414AB79DA989401EE312 | 11/24/2024<br>08:20:06 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |
| 3 | Info Hash: AFE491D5104B8DC4B3B569B5A7A8DEF5B01344FD<br>File Hash:<br>67BCF0D648B54524E486557E637D17D8DBB6CB219954544BD404349C70346DAE | 11/23/2024<br>08:57:07 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 4 | Info Hash: 7896526ABD274571906E1C65BD95D360A77FDED3<br>File Hash:<br>8EB06E511738AA7D17FE544A22D4503A67B911F5269889708CD63D3EE48FC221 | 11/22/2024<br>18:40:42 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 5 | Info Hash: 81A660507C04F9AE3A691D71BCCDCDFB64779587<br>File Hash:<br>8214CFB44DC992F3943FC71980CE1A8908435CE302AA60D1473129AAE8BEF7C6 | 11/22/2024<br>16:15:51 | Blacked | 09/15/2024 | 10/17/2024 | PA0002494706 |
| 6 | Info Hash: 46EC37933E3EE11D3A82DB855CA380ABC72B02E1<br>File Hash:<br>D8F36399A589A8117D81760484B1D65C9280713D7CC615D314F3386E5DF26D57 | 11/22/2024<br>10:38:50 | Blacked | 03/24/2024 | 04/10/2024 | PA0002464917 |
| 7 | Info Hash: 48E2A29EB53E13CDA01828D4491885F09EB32861<br>File Hash:<br>F80F61358BDF574AC00862CD672AB941849F186B824FA1540A9607598816A96B | 11/21/2024<br>18:07:31 | Blacked | 11/19/2024 | 12/13/2024 | PA0002506270 |
| 8 | Info Hash: BB3610D614227851DE0E2E47A44A693764CBA5D3<br>File Hash:<br>D9273AB6A5A99EA0183352A911127EAC9A3561CCB81D4DE84DF572C6466B8D50 | 11/21/2024<br>12:04:51 | Blacked | 11/14/2024 | 12/13/2024 | PA0002506271 |
| 9 | Info Hash: 164881B2AFEDCA66EEDBEFCDF91F9E78A0C77296<br>File Hash:<br>C81FFD51991B9725EDA65850DB1AE1F0F01619ABFDBD35B52B2A52A9B7A3E3E2 | 11/21/2024<br>12:04:49 | Blacked Raw | 11/18/2024 | 12/13/2024 | PA0002506266 |
| 10 | Info Hash: FD302EB7A94FE59311ACBF3DD2E71DE4E539FFF6<br>File Hash:<br>9DB4747FDE700FDA1C521402D3098222389CEA4F5FEC86F057487D3C3D8E289D | 11/03/2024<br>18:37:44 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 11 | Info Hash: 868353D47C12FDD4FD5E71460DB067A4D8A0EF49<br>File Hash:<br>4B267D4DF337013EFC01CBF908060050F149D9D14D35DA1C3C375B25BDAFFBB9 | 11/01/2024<br>07:29:55 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 0AE9B160D36E7D61C82F02E9C06C16847CAEFBF0<br>File Hash:<br>EFA5C20C4BC26CD834AD0CDEA274288EFA6DF1C4C0BE2132BDFECF19D8511695 | 10/05/2024 09:13:03 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 13 | Info Hash: 593F3273AED941D548F11B224A34330D28059851<br>File Hash:<br>23A7F3621C3B4405D83CE1605B8DB591ECA2195270B121CFE4F2B6C619B1D71A | 09/08/2024 12:33:14 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |
| 14 | Info Hash: C89D7561DE932B8DB3202BD88D672F4914057FF7<br>File Hash:<br>5722E5442C05A35398F9E509B0DFE0CA52DA8847ED1BBE9EA00EA4F536605A6D | 08/09/2024 06:27:51 | Vixen | 06/13/2019 | 08/02/2019 | PA0002192295 |
| 15 | Info Hash: 9484461E56DBE53F9FE9185496558F2DAED90EB9<br>File Hash:<br>F8F9917C6541C30888C4D3C655AFF435259E14A26D5DD895835DA31C295FAD50 | 08/09/2024 06:22:40 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 16 | Info Hash: 64E0E54B6272C64921D3AC7AA10ED994BD3A91C1<br>File Hash:<br>FC500499CBEB941F820B3295F17824FFF265F2249647E5B1991CB63253438FFE | 08/09/2024 06:20:57 | Vixen | 01/09/2020 | 02/03/2020 | PA0002236496 |
| 17 | Info Hash: 08FC93B6ECCF13F4DB918D1AA01C6BE34C568A73<br>File Hash:<br>E1F5768494882D8A1099B1F4EA809C38CD654F176E0E4465E61B07B16CB7092C | 08/05/2024 10:35:17 | Blacked | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 18 | Info Hash: CAFDABA87F8C4C51279B55063CFA85423D5C1D45<br>File Hash:<br>C8E3464224433F7CE87DD035C4902663360161417218CDB70DED01012FDFD951 | 08/05/2024 07:12:15 | Vixen | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 19 | Info Hash: E218C67A369BDB33679CB9D07423AEA3A791A6BA<br>File Hash:<br>58014A8C7C741B7C2D71FB2D76A069ED5DD84D60BE69E6C0FB1B7DFE7DD4B455 | 06/10/2024 08:05:32 | Tushy | 12/17/2019 | 01/22/2020 | PA0002234859 |
| 20 | Info Hash: D833D1E68DB6ADEBC1DB501E836132A7D37EABD9<br>File Hash:<br>D417C805C67C8674CF97E223F273FDC39C9CD505F5531978B0A8D2C1B9BE7E06 | 06/10/2024 07:43:25 | Vixen | 05/24/2024 | 06/18/2024 | PA0002476933 |
| 21 | Info Hash: 329D92C5D80B9E9B5ADF41FA3AB9EA4E474873C2<br>File Hash:<br>CF6F1F948B835F3524FCE5675A78541A5B911546AAE9B199A29290E129936986 | 06/04/2024 23:32:14 | Vixen | 01/14/2022 | 03/04/2022 | PA0002345789 |
| 22 | Info Hash: DE9F13A2D901EF407B24B6DDFF3437FF3FE43BB7<br>File Hash:<br>B93F8A7479E482B5564716930585DFB0D30404174FA1D49CBE66116D8DD57C34 | 05/28/2024 04:41:12 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 23 | Info Hash: 4933F704F6A8670559941C0CFB3053BC067C02AA<br>File Hash:<br>2D8C472B3A98AE22DFDD842BAE5BADDABCC0E35D9462A69D31C7DF5F8BF897C4 | 05/28/2024 04:40:25 | Tushy | 06/27/2021 | 08/02/2021 | PA0002305088 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C08ECC069D04FC1CA8ABE87217CD0A7FE1811AB7<br>File Hash: 7DD2C7D63D53403C8450B007546FB8F0CB01C95C7A6602E385C800C60885C1A2 | 05/28/2024 04:36:14 | Vixen | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 25 | Info Hash: D79A5BAE6B5907C5D7AEA83F843AED4519C2B0C0<br>File Hash: E92AF0A76AC72CD848FDB35D71AA6DA117B74A3AC727CA17B2CA9DC704C3D42E | 05/28/2024 04:27:08 | Blacked | 01/28/2023 | 03/07/2023 | PA0002400316 |
| 26 | Info Hash: BA6582811F4350DE33A3DAC76D1A45B449A96B4D<br>File Hash: 06D85D17BD57B45F1AA96A58FC0FDF02B13E01D64166C45727248749412229D1 | 05/04/2024 04:52:02 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 27 | Info Hash: 1BDF3843BCBB3DF9194FCBF865F6D1EE2FE7F891<br>File Hash: EE782352FFAC8E793CE32049001E89F93620402AB9659C8C9958A0CDF6308FC0 | 05/04/2024 04:47:42 | Vixen | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 28 | Info Hash: 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB<br>File Hash: 1285F37579C781AD274ADF25BB944C642C7BBA7AD59AD7AB60A488CA2DFCB473 | 03/25/2024 10:29:17 | Tushy | 11/07/2018 | 11/25/2018 | PA0002136607 |